STATE v. HARRIS

    No. 270P97

    Case below: 126 N.C.App. 226

    Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.

STATE v. HILL

    No. 247P97

    Case below: 126 N.C.App. 226

    Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

STATE v. JACKSON

    No. 244PA97

    Case below: 126 N.C.App. 129

    Petition by Attorney General for writ of supersedeas allowed 23 July 1997. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997.

STATE v. JAMES

    No. 258P97

    Case below: 126 N.C.App. 227

    Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 23 July 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.